| AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Brandy R. McMillion | Telephone: (313) 226-9622 |
|---|---|---|
| | Task Force Officer: Robert Nielsen | Telephone: (571) 362-1794 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

| | |
|---|---|
| United States of America<br>v.<br>YOUSEF KOHSO | Case: 2:21−mj−30465<br>Assigned To : Unassigned<br>Assign. Date : 9/29/2021<br>CMP: SEALED MATTER (MAW) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 11, 2019 to July 22, 2021__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Unlawful Distribution of Controlled Substances |
| 21 U.S.C. § 846 | Conspiracy to Possess with Intent to Distribute Controlled Substances |
| 18 U.S.C. § 2 | Aidding and Abetting |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

Task Force Officer Robert Nielsen, DEA
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: September 29, 2021

*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, US Magistrate Judge
*Printed name and title*

# AFFIDAVIT

The undersigned, Task Force Officer Robert Nielsen of the Drug Enforcement Administration (DEA), being duly sworn, states as follows:

1. Your affiant is a sworn "Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and is duly authorized by the Attorney General to request a search warrant. Your affiant has participated in numerous investigations related to illegal drug trafficking, individuals involved in the laundering of narcotics proceeds and, among other things, has conducted or participated in surveillances, the drafting and execution of search warrants, debriefings of informants, and reviews of recorded conversations.

2. Your affiant is currently assigned to the Drug Enforcement Administration (DEA), as a Task Force Officer (TFO), which is located in the Eastern District of Michigan in Wayne County. As such, your affiant is a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516(1). Your affiant has been assigned to the Detroit Tactical Diversion Squad (TDS) and employed with the DEA since August 6, 2018. Your affiant is assigned to investigate allegations of prescription drug diversion in and around the State of Michigan. Your affiant has received specialized training on prescription drug diversion, undercover pharmaceutical investigations, pharmaceutical death investigations, money-laundering and asset forfeiture from the DEA. Your affiant has been personally involved in investigations concerning prescription drug diversion and methods used to finance and conceal the profits of those operations. Your affiant has completed a Tactical Diversion Squad Class hosted by the DEA,

1

which consisted of 40-hours of prescription diversion case studies, money laundering, and asset forfeiture. Your affiant has also participated in multiple Title III investigations involving drug trafficking and diversion.

3. This Affidavit is made in support of an application for a criminal complaint and warrant to arrest Yousef KOSHO, Date of Birth: XX/XX/1978, for the following violations: (a) illegal distribution of controlled substances in violation of Title 21, United States Code, §§ 841(a)(1) and 21 Code of Federal Regulation, §1306.04; and (b) conspiracy to commit illegal drug distribution in violation of Title 21, United States Code, § 846 ("Target Offenses").

4. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, your affiant has not included each and every fact known to him concerning this investigation. Your affiant has set forth only those facts that he believes are necessary to establish probable cause to believe that Yousef KOSHO has violated the Target Offenses.

5. The facts in this affidavit come from your affiant's personal observations, participation in this investigation, training and experience, review of records and reports, and information obtained from other agents/officers. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6. In April 2021, the Detroit DEA was advised by a Michigan pharmacy investigator that GREAT HEALTH PHARAMCY ("GHP") in Madison Heights, MI was possibly being operated by a pharmacist with a revoked pharmacist license, Yousef KOSHO. DEA investigators confirmed that GHP was actively dispensing controlled substances and subsequently established surveillance of GHP, which confirmed KOSHO was frequenting GHP and appeared to be running the business operations of GHP. KOSHO was often observed as the first person to enter and the last person to leave GHP for the day and KOSHO was present inside

2

GHP when customers were observed entering GHP empty handed and leaving with what appeared to be filled prescriptions. The investigation later revealed that KOSHO was also selling pharmacy stock bottles of controlled substances, specifically oxycodone 30mg, oxymorphone 40mg, and promethazine with codeine cough syrup, without corresponding prescriptions and for highly inflated cash prices. Two undercover buys were also conducted utilizing a confidential source, who purchased pharmacy stock bottles of controlled substances from KOSHO at GHP with cash and without corresponding prescriptions.

7. On May, 24, 2021, investigators observed, through electronic surveillance, KOSHO arrive at GHP. A review of the electronic surveillance recordings for this date revealed that KOSHO was the first person to enter GHP for the day.

8. Investigators observed a silver SUV park in the GHP parking lot before KOSHO's arrival. Upon KOSHO entering GHP, the driver of the silver SUV (unidentified white male (w/m) wearing a blue polo shirt), exited his vehicle and followed KOSHO into GHP. The unidentified w/m exited GHP, carrying an object that bore a strong resemblance of a prescription bag, returned to the silver SUV, and drove away.

9. Investigators observed a silver Ford sedan pull into the GHP parking lot and park. The driver of the silver sedan (unidentified w/m wearing a brown shirt), exited his vehicle and attempted to enter GHP, however, the front door appeared to be locked. The unknown w/m stood outside the front door for approximately 30 seconds, until the front door was opened, and he was let into GHP. The unknown w/m exited GHP, carrying an object that bore a strong resemblance of a prescription bag, returned to the silver sedan, and drove away.

10. Investigators observed a silver sedan pull into the parking lot of GHP and park. The driver of the vehicle (unidentified w/m wearing a light blue

shirt) exited his vehicle and attempted to enter GHP, however, the front door appeared to be locked. The individual immediately appeared to be on his cellphone, and the front door to GHP was opened shortly thereafter. The unidentified male entered GHP and exited carrying an object that bore a strong resemblance of a prescription bag, and returned to his vehicle.

11.     Investigators observed a black Dodge Charger pull into the parking lot of GHP and park. The driver of the Charger (unidentified w/m wearing an orange and white polo), exited his vehicle and attempted to enter GHP, however, the front door appeared to be locked. The individual knocked on the front door of GHP and entered the pharmacy shortly thereafter. Approximately two minutes later the individual wearing the orange and white polo exited GHP carrying three objects that bore a strong resemblance of pharmacy stock pharmaceutical bottles (Pharmacy stock bottles are the bulk containers medications arrive in, before they are separated and dispensed to patients). The individual walked to the Charger and drove away.

12.     On June 29, 2021, a vehicle registered to Omar MADISON, known by your affiant from other DEA investigations as a drug marketer, arrived at GHP in a silver Mazda 6. MADISON walked into GHP and walked right back out. MADISON did not have anything in his hands when he left. KOSHO was not present at GHP during this time.

13.     On June 30, 2021, at approximately 12:41 p.m., MADISON's silver Mazda 6 pulled into the parking lot of GHP. Through electronic surveillance it was noted that only KOSHO was there in the pharmacy.

14.     At approximately 12:42 p.m., MADISON exited the vehicle, walked up to the pharmacy empty handed and knocked on the door. KOSHO was observed via electronic surveillance unlocking the door of GHP from the inside and opening it. MADISON went inside after a "fist bump" with KOSHO.

15. At approximately 12:48 p.m., MADISON exited the pharmacy carrying a white bag. MADISON then got into his vehicle and left the parking lot.

16. At approximately 12:53 p.m., a Michigan State Police Trooper developed probable cause and conducted a traffic stop of MADISON's vehicle, pulling MADISON over on John R Rd. just south of 10 Mile Rd.

17. At approximately 1:15 p.m., the traffic stop was cleared and investigators met with the Trooper and collected controlled substances that were seized during the traffic stop.

18. The Trooper stated that when he made contact with MADISON, MADISON tried to present his Tennessee driver's license. The Trooper asked about MADISON's Michigan license and MADISON stated that it was suspended. MADSION was asked where he was coming from and MADISON stated from a pharmacy up the road where he picked up a prescription for his patient, and then handed a bag with pills to the Trooper. When asked if there were any other prescriptions in the car, MADISON stated that there was another bag. The Trooper asked to check and was given permission. The Trooper retrieved a second white bag (the bag from GHP) from the passenger seat and looked at the items. Inside the bag was one (1) pharmacy stock bottle of promethazine with codeine; two (2) 60 count pharmacy stock bottles of oxymorphone 40mg; one (1) 100 count pharmacy stock bottle of oxycodone 30mg. There was no patient information affixed to any of these bottles. The drugs were confiscated, and MADISON was released at the scene.

19. On July 20, 2021, the Honorable Kimberly Altman U.S. Magistrate Judge Eastern District of Michigan, authorized a federal search warrant for KOSHO's residence located at 33360 Viceroy Drive, Sterling Heights, MI 48310. During the search investigators located two Apple iPhones in KOSHO's bedroom.

20. On August 25, 2021, the Honorable Kimberly Altman U.S. Magistrate Judge Eastern District of Michigan authorized a Federal Search Warrant for KOSHO's electronic devices.

21. Your affiant conducted a physical search of one of the Apple iPhones seized from KOSHO. While observing text messages on the device your affiant observed that on the same date MADISON was traffic stopped (indicated above, June 30, 2021), KOSHO initiated a series of text message communications with telephone number 313-693-3746, utilized by MADISON. Below is an excerpt of the communication between KOSHO and MADISON, which started at approximately 3:01 p.m.,

> KOSHO: "U coming back? I'm about to run an errand"
>
> MADISON: "I got flick soon as I pulled out"
>
> MADISON: "Collision"
>
> KOSHO: "R u good?"
>
> KOSHO: "Oh damn"
>
> MADISON: "Collisium" (With a thumbs up emoji)
>
> MADISON: "They said I am but it was crazy"
>
> MADISON: "State"
>
> MADISON: "They took the patients medication"
>
> KOSHO: "Fuck"
>
> KOSHO: "Stop by back in"
>
> MADISON: "Hell naw meet me somewhere"
>
> MADISON: "You was rushing need there labels"

KOSHO: "I can get them all"

MADISON: "Ok bet"

KOSHO: "Where you wanna meet"

MADISON: "I just said it"

MADISON: "Truth"

KOSHO: "When"

MADISON: "Lmk"

KOSHO: "Tonight"

KOSHO: "?"

MADISON: "Ok"

MADISON: "Or tomorrow"

KOSHO: "11"

MADISON: "Ok"

KOSHO: "OK bet"

22. The above conversation appeared to have taken place after MADISON illegally obtained the above controlled substances seized from MADISON during the traffic stop. KOSHO appeared worried when MADISON told KOSHO that he was stopped by the "State" Police. MADISON then discussed needing labels and KOSHO replied that he could get them. Your affiant believes that KOSHO and MADISON were referring to patient labels which could be affixed to prescription pill bottles. Your affiant believes that this discussion supports his belief that arrangements were made to attempt to cover up the illegal drug transaction between KOSHO and MADISON.

23. On July 20, 2021, the Honorable Kimberly Altman U.S. Magistrate Judge Eastern District of Michigan, authorized a federal search warrant for GHP, located at 28147 John R Road, Madison Heights, MI 48071. Investigators inventoried the total controlled substances located inside of GHP, which were ultimately compared to manufacture dispensing logs for the pharmacy. An audit of five (5) controlled substances was conducted for GHP. The audit period was June 11, 2019 to July 22, 2021. The audit compared ordering and dispensing records for GHP. The audit revealed the following shortages of stock from GHP, including estimated bottle shortages based on the most commonly purchased stock bottle size for GHP:

- Hydrocodone- Acetaminophen, 10-325 mg, Tablets:  -3,138 tablets (approximately 3 – 1,000 count bottles)
- Oxycodone- Acetaminophen, 10-325 mg, Tablets: -8,503 tablets (approximately 85 – 100 count bottles)
- Oxycodone HCL, 30 mg, Tablets: -10,000 (approximately 100 – 100 count bottles)
- Oxymorphone HCL ER, 40 mg, Tablets: -3,712 (approximately 61 – 60 count bottles)
- Promethazine-Codeine, 6.25-10 mg/5 mL, Syrup: -283,063 mL (approximately 598 – 473 mL bottles)

24. Your affiant believes that the significant shortages indicated above, support his belief that KOSHO was selling large quantities of controlled prescription drugs.

25. On July 20, 2021, and July 22, 2021, the Honorable Kimberly Altman U.S. Magistrate Judge Eastern District of Michigan, authorized federal search warrants on multiple bank/investment accounts and safe deposit boxes associated with KOSHO.  Investigators seized over $380,000.00 from several bank/investment accounts and over $1,200,000.00 in U.S. currency from several safe deposit boxes.  Your affiant is aware that KOSHO is paid large sums of

8

money in return for him selling controlled substances from GHP.  Your affiant believes that bank account values and U.S. currency seized are narcotics proceeds from KOSHO's illegal activity.

26.     Based upon the foregoing, there is probable cause to believe Yousef KOSHO has knowingly violated; (a) illegal distribution of controlled substances in violation of Title 21, United States Code, §§ 841(a)(1) and 21 Code of Federal Regulation, §1306.04; and (b) conspiracy to commit illegal drug distribution in violation of Title 21, United States Code, § 846

27.     Accordingly, your Affiant respectfully requests that this Court issue a complaint and arrest warrant.

_____
Robert Nielsen
DEA Task Force Officer

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. Elizabeth A. Stafford
United States Magistrate Judge

DATED:  September 29, 2021